UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-against-

DORJON HILTON,

               Defendant.

No. 25-CR-671 (LAP)

SCHEDULING ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

     Sentencing in this matter, previously scheduled for May 21, 2026, is adjourned.  The parties shall appear for Defendant's sentencing on May 27, 2026, at 12:00 PM in Courtroom 12A, 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

Dated:    April 21, 2026
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge